ACCEPTED
01-15-00628-Cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/29/2015 1:14:49 PM
CHRISTOPHER PRINE
CLERK

**Appellate Docket Number: 01-15-00628-CR**
**Appellate Case Style: DARRELL DWAYNE BROUSSARD**
**v. STATE OF TEXAS**

**DOCKETING STATEMENT (CRIMINAL)**
**First Court of Appeals**
**[to be filed in the court of appeals upon perfection of appeal**
**under TRAP 32]**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/29/2015 1:14:49 PM
CHRISTOPHER A. PRINE
Clerk

**I.      Parties (TRAP 32.2(a)):**

| | |
|---|---|
| Appellant (or Appellee, if State is appealing):<br>DARRELL DWAYNE BROUSSARD<br><br><br>(*See* note at bottom of page) | Co-defendant(s): |
| Trial Attorney:<br>ALLEN TANNER<br><br><br><br><br><br>Appointed  X    Retained | Appellate Attorney:<br>THOMAS J. LEWIS<br><br><br>Appointed X     Retained ☐<br><br>If appointed, was a hearing on indigency held?<br>Yes X           No ☐ |
| Address:<br>917 FRANKLIN,  STE. 500.<br>HOUSTON, TX 77002 | Address:<br>1602 WASHINGTON AVE.<br>HOUSTON, TX 77007 |
| Telephone: (713) 225-7100<br>(include area code) | Telephone: (713) 256-6779<br>(include area code) |
| Telecopy:<br>(include area code) | Telecopy:   (713) 861-2951<br>(include area code) |
| E-Mail Address: | E-Mail Address:<br><br>Tjlaw2@COMCAST.NET |
| SBN: 19637100 | SBN: 12308540 |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and telecopy number.

**II.      Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)):**

| | |
|---|---|
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>JUNE 26, 2015<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br><br>JUNE 26, 2015<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
| Offense charged: CAPITAL MURDER<br><br><br><br>Date of offense: NOVEMBER 28, 2011<br><br><br><br>Defendant's plea: Not Guilty<br><br><br><br>If guilty, does Defendant have the trial court's permission to appeal?<br><br>   Yes x      No ☐<br><br><br><br>Was the trial jury or nonjury?  Jury<br><br>   Guilt or innocence phase:<br><br>     Jury  X      Nonjury<br><br>   Punishment phase:<br><br>     Jury       Nonjury  X | Punishment assessed: LIFE WITHOUT PAROLE<br><br><br>Is the appeal from a pretrial order?<br><br>   Yes ☐      No x<br><br>If yes, please specify.<br><br><br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>   Yes      No   X<br><br>If yes, please specify.<br><br><br><br>Will you challenge this Court's jurisdiction?  If yes, explain.<br><br><br>     No |

**III.    Actions Extending Time To Perfect Appeal (TRAP 32.2(e)):**

| Action | Filed<br>Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No X | Yes | |
| Motion in Arrest of Judgment | No  x | Yes ☐ | |
| Other (specify): | No  x | Yes ☐ | |

**IV.    Indigency Of Party (TRAP 32.2(n)):**  (Attach file-stamped copy of motion and affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No ☐ | Yes x | 06/26/15 | |
| Date of hearing: | | | 06/26/15 | |
| Date of order: | | | 06/26/15 | |
| Ruling on motion:<br>Granted x      Denied ☐ | | | | |

**V.      Trial Court And Record (TRAP 32.2(c), (l), (m)):**

| Court:<br>183RD  District Court | County:<br>Harris | Trial Court Docket Number<br>(Cause No.):<br>1330029 |
|---|---|---|

Trial Judge (who tried or disposed of case):
REAGAN CLARK

Telephone Number: (713) 755-6354
(include area code)

Telecopy Number:
(include area code)
Address:

Court Clerk (district clerk):

Telephone Number: (713) 755-6354
(include area code)

Telecopy Number:
(include area code)
Address:

| Clerk's Record | Will request ☐ | Was requested on: |
|---|---|---|
| Yes ☐ | (Note: No request required under TRAP 34.5(a), (b)) | 06/26/15 |

| Court Reporter or Court Recorder: | Court Reporter or Court Recorder: |
|---|---|
| BILLY JALUFKA | |
| Telephone Number: (713) 755-6354<br>(include area code) | Telephone Number:<br>(include area code) |
| Telecopy Number:<br>(include area code) | Telecopy Number:<br>(include area code) |
| Address: 1201 Franklin St., 18th Floor<br>　　　　 Houston TX 77002 | Address: |

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate): 5 days | State arrangements made for payment of court reporter/recorder: D. Is indigent | | |
|---|---|---|---|
| Reporter's or Recorder's Record (check if electronic recording X) | None ☐ | Will request ☐ | Was requested on: 6/26/15 |

**VI.** **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**VII.** Any other information requested by the court (see attachments, if any).

**VIII.** **Signature:**

_____     Date: JULY 28, 2015

Signature of counsel
(or pro se party)                                                                State Bar No.: 12308540

Printed Name: THOMAS J. LEWIS

**IX.** **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on August 26, 2014.

Alan Curry, Harris County District Attorney's Office, Appellate Section
1201 Franklin St., 6th Floor
Houston, TX 77002

By email.

_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.